USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1205 ANA MARIA CAMACHO, Plaintiff, Appellant, v. FONDO DEL SEGURO DEL ESTADO, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Juan M. Perez-Gimenez, U.S. District Judge] ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ____________________ Miguel E. Miranda on brief for appellant. Zaida Prieto-Rivera on brief for appellee Fondo Del Seguro Del Estado. ____________________ July 7, 1997 ____________________ Per  Curiam.   As  appellant did not file a motion under Fed. R. Civ. P. 50 before the district court, and as she has not provided us with transcripts of the jury trial, we are unable to review her contention that the evidence was such that the jury's  verdict should be set aside. See Hammond v. T.J. Litle & Co., 82 F.3d 1166, 1171 (1st Cir. 1996); Muniz Ramirez v. Puerto  Rico  Fire  Services, 757 F.2d 1357, 1358 (1st Cir. 1985). Moreover, our review of the documents included in appellant's appendix suggests that the jury may have resolved conflicting evidence about defendants' conduct or other elements of the claim; in no event would we second-guess the jury's determination of the weight and credibility due that evidence. Affirmed. See 1st Cir. Loc. R. 27.1. -2-